JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No. CV 21-0472 FMO (MAAx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| RAY C. BROWNFIELD, et al., | |
| Defendants. | |

Pursuant to the Joint Stipulation for Dismissal (Dkt. 28), IT IS ORDERED THAT the above-captioned action is hereby **dismissed** without prejudice.

Dated this 2nd day of July, 2021.

                                                               /s/
                                          Fernando M. Olguin
                                     United States District Judge