JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No. CV 21-0472 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RAY C. BROWNFIELD, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 2nd day of July, 2021.

/s/
Fernando M. Olguin
United States District Judge